IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORNAVENUS P. CUBERO, | ) | 1:06cv0682 NEW (DLB) |
| | ) | |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Defendant. | ) | |

    On June 2, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On June 4, 2006, the Court issued a Scheduling Order. The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief. Defendant must then file a responsive brief within 30 days of service of the opening brief.

1

1   On January 15, 2007, Plaintiff filed her opening brief. Pursuant to the Scheduling Order, Defendant was required to file a responsive brief on or before February 15, 2007. Defendant has failed to do so.

Therefore, Defendant is ORDERED TO SHOW CAUSE, if any he has, why sanctions should not be imposed for failing to comply with the June 4, 2006, order. Defendant is ORDERED to file a written response to this Order to Show Cause within twenty (20) days of the date of this Order. If Defendant desires more time to file the responsive brief, he should so state in his response.

IT IS SO ORDERED.

Dated:   **April 19, 2007**              **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

2