IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORNAVENUS P. CUBERO, | ) | 1:06cv0682 NEW (DLB) |
| | ) | |
| | ) | ORDER VACATING ORDER |
| | ) | TO SHOW CAUSE |
| Plaintiff, | ) | (Document 15) |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Defendant. | ) | |

On June 2, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On April 19, 2007, the Court issued an order to show cause to Defendant for failure to oppose Plaintiff's opening brief. On April 24, 2007, Defendant filed his response. On April 25, 2007, Defendant submitted a declaration explaining that he attempted to timely e-file the opposition, but that he must have done so incorrectly. He did not know of the problem prior to receiving this Court's April 19, 2007, order to show cause.

Accordingly, good cause appearing, the Court VACATES the April 19, 2007, order to show cause.

IT IS SO ORDERED.

Dated: **May 15, 2007**            **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE

1